NO. SCWC-29539


IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SHILO WILLIS, Petitioner/Plaintiff-Appellant,


vs.


CRAIG SWAIN, FIRST INSURANCE COMPANY OF HAWAIʻI, LTD.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29539; CIV. NO. 01-1-0467)


<u>ORDER</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Chang, assigned by reason of vacancy)

Upon consideration of Respondent/Defendant-Appellee

First Insurance Company of Hawaiʻi, Ltd.'s motion for

reconsideration filed on June 17, 2013, requesting that this

court review its opinion filed on June 7, 2013, vacating and

remanding the March 9, 2012 judgment of the Intermediate Court of

Appeals and the December 11, 2008 final judgment of the Circuit

Court of the First Circuit,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaiʻi, June 27, 2013.

Bradford F.K. Bliss,
for respondent First
Insurance Company
of Hawaiʻi, Ltd.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Gary W.B. Chang



2